IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00144-CR

 

Sean Carey Lynn,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 40th District
Court

Ellis County, Texas

Trial Court No. 32417CR

 



MEMORANDUM  Opinion










 

            Sean Carey Lynn was
convicted of Failure to Register as a Sex Offender and sentenced to 12 years in
prison.  Tex. Code Crim. Proc. Ann.
art. 62.102 (Vernon 2006).  We affirm.

            In his sole issue, Lynn contends the evidence is insufficient to support the conviction.  He relies solely on
the "reasonable hypothesis analytical construct" as support for why
the evidence was insufficient.  That construct for determining the sufficiency
of the evidence was abrogated by the Court of Criminal Appeals in 1991.  Geesa
v. State, 820 S.W.2d 154, 159, 161 (Tex. Crim. App. 1991).  Because Lynn argues no other reason in support of his issue that the evidence is insufficient, his
issue is overruled.  

            Accordingly, the trial
court’s judgment is affirmed.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Affirmed

Opinion
delivered and filed March 25, 2009

Do
not publish 

[CR25]